IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | : |
| Plaintiffs, | : |
| v. | : CV: 98-893 (RCL) |
| DANIEL R. GLICKMAN, Secretary of Agriculture, et al., | : |
| Defendants. | : |

FILED
NOV 16 2000
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of plaintiffs' Unopposed Motion for Leave to File A Surreply, it is hereby

ORDERED, this 16th day of Nov., 2000 that plaintiffs' motion be granted; it is

FURTHER ORDERED that the Clerk accept for filing the surreply submitted by plaintiffs in response to defendants' reply to plaintiffs' opposition to defendants' motion for entry of declaratory judgment.

Royce C. Lamberth
United States District Judge

cc:  **Thomas Millet, Esq.**
**Eric D. Goulian, Esq.**
U.S. Department of Justice, Civil Division
901 E Street, NW, Room #914
Washington, D.C. 20044

**Mark D. Roth, Esq.**
**Anne M. Wagner, Esq.**
American Federation of Government Employees, AFL-CIO
80 F Street, NW
Washington, D.C. 20001